IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOANN CARNEY,

      Plaintiff,

  v.

JO ANNE B. BARNHART,
Commissioner of Social Security,

      Defendant.
_____/

No.  CIV.S-05-1782 DAD

<u>ORDER TO SHOW CAUSE</u>

On September 7, 2005, the court issued a scheduling order which required plaintiff to file a motion for summary judgment and/or remand within a required time.  The required time has now expired, and plaintiff has not filed a motion for summary judgment and/or remand.  Good cause appearing, the court HEREBY ORDERS plaintiff to show cause in writing within twenty days of the filed date of this order why this case should not be dismissed for lack of prosecution.

/////

/////

1

1  Failure to timely file the required writing will result in dismissal
2  of the action.
3  DATED: March 23, 2006.

                                   _____
                                   DALE A. DROZD
                                   UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/carney1782.osc